[No. 63850-5-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WESLEY GROVER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00836-7, Gary R. Tabor, J., entered August 28, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 63874-2-I.   Division One.   October 19, 2009.]

M.B. DIDDY CONSTRUCTION, INC., *Respondent*, v. SWINERTON BUILDERS, NORTHWEST, *Respondent*, KITSAP COUNTY ADMINISTRATION, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-01941-7, Leonard W. Costello, J., entered September 26, 2008. *Reversed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 63881-5-I.   Division One.   October 19, 2009.]

PHIL NOTHSTEIN, *Respondent*, v. PENNEBAKER CONSTRUCTION SERVICES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-12405-4, Robert Henry Peterson, J. Pro Tem., entered November 7, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 37440-4-II.   Division Two.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSHON CHARLES SWAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00183-1, S. Brooke Taylor, J., entered February 22, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, J.; Van Deren, C.J., dissenting.